FILED
2010 SEP 28 PM 4:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 10-01082 |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | [18 U.S.C. § 1832(a)(2): Theft of Trade Secrets] |
| AARON TIPNIS, ) | |
| Defendant. ) | |

The United States Attorney charges:

### COUNTS ONE AND TWO

### [18 U.S.C. § 1832(a)(2)]

On or about the dates specified below, within the Central District of California, and elsewhere, defendant AARON TIPNIS, with the intent to convert a trade secret belonging to Aero Vironment, Inc. and related to and included in a product produced for and placed in interstate and foreign commerce, to the economic benefit of a person other than the trade secret's owner, and intending and knowing that the offense would injure the owner of the trade secret, knowingly copied, duplicated, sketched, drew, photographed, downloaded, uploaded, altered, sent, mailed,

CHM:chm

communicated, and conveyed such information without authorization, as described below:

| Count | Date | Description of Trade Secret |
|---|---|---|
| ONE | February 2008 | AV-900 system diagram schematic |
| TWO | February 2008 | Portion of a DC-DC display board schematic |

ANDRÉ BIROTTE JR.
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber & Intellectual Property Crimes Section

MARK C. KRAUSE
Assistant United States Attorney
Deputy Chief, Cyber & Intellectual Property Crimes Section

CRAIG H. MISSAKIAN
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section