**United States District Court**
**Central District of California**

**UNITED STATES OF AMERICA vs.**                          **CR** **10-1082-R**

Defendant **AARON TIPNIS**                    S. Security # -------9317

Residence: _____N/A_____            Mailing: _____SAME_____

---

**JUDGMENT AND PROBATION/COMMITMENT ORDER**

---

In the presence of the attorney for the government, the defendant appeared in person, on: __FEBRUARY 7, 2011__
Month / Day / Year

COUNSEL:
___ WITHOUT COUNSEL
However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
_XX_ WITH COUNSEL Barry Hammon, retained

_XX_ PLEA:
_XX_ GUILTY, and the Court being satisfied that there is a factual basis for the plea.

FINDING:
There being a finding of _XX_ GUILTY, defendant has been convicted as charged of the offense(s) of: Theft of trade secrets in violation of Title 18 USC 1832(a)(2) as charged in counts 1 and 2 of the information.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court that:

IT IS ORDERED AND ADJUDGED that defendant shall be placed on PROBATION for five (5) years, concurrent on all counts, under the following terms and conditions: the defendant 1) shall comply with the rules and regulations of the U.S. Probation Office and General Order 05-02; 2) shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment; 3) shall cooperate in the collection of a DNA sample from the defendant; 4) shall perform fifteen hundred (1500) hours of community service, as directed by the Probation Officer; 5) shall report in person every 180 days as directed by the Probation Officer; 6) shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation; 7) shall notify his employer, or any electrical engineering company to whom he provides consultant services to, of his conviction in this matter, and permit the Probation Officer to confirm compliance with this directive.

-- GO TO PAGE TWO --                          ___WH___
                                              Deputy Clerk

| | |
|---|---|
| **U.S.A. V. AARON TIPNIS** | **CR 10-1082-R** |
| **-- CONTINUED FROM PAGE ONE --** | **PAGE TWO** |

=====================================================================
## JUDGMENT AND PROBATION/COMMITMENT ORDER
=====================================================================

    IT IS FURTHER ORDERED that defendant pay a special assessment of $200.00, which is due immediately.

    IT IS FURTHER ORDERED that defendant pay restitution in the amount of $6,484.38 to AeroVironment, which shall be paid in full immediately.

    IT IS FURTHER ORDERED that all fines and costs of supervision are waived as to this defendant.

    IT IS FURTHER ORDERED that defendant shall comply with General Order 01-05.

    IT IS FURTHER ORDERED that the bond of the defendant is exonerated.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by:  District Judge  _____
                            **MANUEL L. REAL**

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                        Terry Nafisi, Clerk of Court

Dated/Filed  **Feb. 8, 2011**            By  _____/S/_____
             Month / Day / Year              William Horrell, Deputy Clerk